

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

Nos. 06-13-00157-CR &
06-13-00158-CR

---

MICHAEL J. GALLOWAY, Appellant

V.

STATE OF TEXAS, Appellee

---

On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Nos. F1054301-K, F1054302-K

---

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

Court reporter Janice Garrett recorded the trial court proceedings in cause numbers 06-13-00157-CR and 06-13-00158-CR, styled *Michael J. Galloway v. The State of Texas*, trial court cause numbers F-1054301-K and F-1054302-K in the Fourth Criminal District Court of Dallas County, Texas. The reporter's record was originally due in this case August 23, 2013. Garrett has not filed a request for an extension of time to file the record and has failed to respond to two voicemail messages left by our clerk's office.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure the filing of the record in this case.

Therefore, we hereby order Janice Garrett to file the reporter's record in cause numbers 06-13-00157-CR and 06-13-00158-CR, styled *Michael J. Galloway v. The State of Texas*, trial court cause numbers F-1054301-K and F-1054302-K, to be received by this Court no later than Friday, October 4, 2013.

If the record is not received by October 4, we warn Garrett that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:  September 9, 2013